Paris L. WATERS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 496, 2016

Supreme Court of Delaware.

Submitted: November 1, 2016
Decided: December 20, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 0705019531, 0705011905

AFFIRMED.

Larry MORRIS, Defendant– Below, Appellant,

v.

STATE of Delaware, Plaintiff– Below, Appellee.

No. 284, 2016

Supreme Court of Delaware.

Submitted: December 14, 2016
Decided: December 28, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1312002629

AFFIRMED.

---

**5.** *Id.* at 127.

**6.** *Id.* at 131.